UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>        Defendants. | Case No. 1:21-cv-00174-TSC |

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiffs and Defendants respectfully move the Court to stay proceedings in this action while the parties discuss potential resolution of Plaintiffs' claims. The parties further propose that they jointly file a status report with the Court ninety (90) days from the commencement of any stay to update the Court on the status of the parties' discussions and proposed next steps in the case. The reasons for the requested stay are as follows:

1.  On January 19, 2021, Plaintiffs filed their Complaint challenging a number of actions by Defendant United States Bureau of Land Management (BLM). *See* ECF No. 1. Plaintiffs filed proof of service indicating that they had served the summons and Complaint on the appropriate U.S. Attorney on January 27, 2021. *See* ECF No. 13. Plaintiffs filed their First Amended Complaint on February 24, 2021. *See* ECF No. 17.

2.  In the First Amended Complaint, Plaintiffs allege that eight Resource Management Plans (RMPs) and Resource Management Plan Amendments (RMPAs) covering land in several States are unlawful under the Appointments Clause, the Federal Vacancies Reform Act, the Administrative Procedure Act, and the Federal Land Policy and Management Act, and that they

1

should therefore be set aside.  ECF No. 17 ¶ 3.

3. On March 3 and May 21, 2021, the Court granted Defendants' unopposed requests for additional time to respond to the First Amended Complaint, and the current deadline is July 27, 2021.  *See* Minute Orders of March 3 & May 21, 2021.  The reason for those requests was to permit additional time for agency officials to review Plaintiffs' allegations, their claims for relief, and the challenged RMPs and RMPAs.  In addition, given the transition to a new administration beginning January 20, 2021, not all relevant officials for the Bureau of Land Management and the Department of the Interior had yet joined the agencies at the time the Amended Complaint was filed.

4. New officials have continued to join BLM and the Department of the Interior since the filing of the First Amended Complaint and Defendants' prior requests for extensions, and those officials continue to review and gain familiarity with the challenged RMPs and RMPAs. Following conferral among counsel for Plaintiffs and Defendants, the two sides agreed to engage in discussions regarding the RMPs and RMPAs and Plaintiffs' allegations.  On June 22, 2021, representatives for Plaintiffs and Defendants held an initial meeting to discuss the challenged RMPs and RMPAs.  The parties anticipate exchanging additional correspondence about those RMPs and RMPAs and may hold additional meetings between their representatives with the possibility of resolving certain disputes related to the challenged agency actions.  The parties agree that their discussions would be well served without simultaneous engagement in adverse litigation and potential motion practice.

5. Accordingly, the parties jointly request that the Court stay all proceedings in this action, with all deadlines held in abeyance, to permit them to continue to engage directly without simultaneously litigating this case.  The parties and their counsel believe that engaging in potentially adversarial and burdensome litigation while simultaneously discussing possible

resolution of certain disputes is not a productive use of resources for the parties or the Court. The parties propose that they file a status report with this Court no later than ninety (90) days after the commencement of the requested stay, and that that status report update the Court on the status of resolution discussions and propose next steps in the case.

6.   Because this case remains at its earliest stages, and because no case schedule has yet been set, the requested stay will not prejudice the parties or the Court. Prior to filing this motion, undersigned counsel for Plaintiffs and Defendants conferred with counsel for Intervenor J.R. Simplot, who indicated that Intervenor takes no position on the joint stay request and reserves its right to file a response to this motion. A proposed order accompanies this motion.

.

Dated: July 15, 2021                                                      Respectfully submitted,

*/s/ Melissa Hornbein*
MELISSA HORNBEIN (D.C. Bar No. MT0004)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
406.708.3058
hornbein@westernlaw.org

KYLE J. TISDEL (D.C. Bar No. NM006)
Western Environmental Law Center
208 Paseo del Pueblo Sur, Unit 602
Taos, New Mexico 87571
575.613.8050
tisdel@westernlaw.org

*Counsel for Plaintiffs*

WILLIAM J. SNAPE III (D.C. Bar No. 455266)
Center for Biological Diversity
1411 K Street N.W., Suite 1300
Washington, D.C. 20005
202.536.9351
bsnape@biologicaldiversity.org

wsnape@wcl.american.edu

DIANA DASCALU-JOFFE
(CO Bar No. 50444 *admitted pro hac vice*)
Center for Biological Diversity
1536 Wynkoop St., Ste. 421
Denver, CO 80202
720.925.2521
ddascalujoffe@biologicaldiversity.org

*Counsel for Plaintiff Center for Biological Diversity*

SAMANTHA RUSCAVAGE-BARZ (D.C. Bar No. CO0053)
WildEarth Guardians
301 N. Guadalupe Street, Ste. 201
Santa Fe, NM 87501
505.401.4180
sruscavagebarz@wildearthguardians.org

*Counsel for Plaintiff WildEarth Guardians*

BRIAN M. BOYNTON
Acting Assistant Attorney General

JENNIFER D. RICKETTS
Director
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Director
Federal Programs Branch

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Tel: (415) 436-6646
Fax: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Counsel for Defendants*