UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00174-TSC |

**JOINT STATUS REPORT**

Plaintiffs and Defendants respectfully submit this Joint Status Report following their prior report of April 19, 2022. ECF No. 39. The Court previously granted the parties' Joint Motion to Stay Proceedings, ECF No. 33, so that they could discuss potential resolution of Plaintiffs' claims, and has since directed them to provide a joint report on this date and every 60 days thereafter. Since the Court granted the parties' stay request, the parties have exchanged information and correspondence regarding the challenged Resource Management Plans (RMPs) and Resource Management Plan Amendments (RMPAs) and have continued to engage in additional discussions regarding possible settlement of this matter. The parties intend to conduct another videoconference meeting in the coming weeks and are in the process of confirming dates and attendees for that meeting. Defendants also intend to provide to Plaintiffs a written agenda in advance of the meeting, once scheduled. The parties agree that their discussions would continue to be well served without simultaneous engagement in adverse litigation and potential motion practice.

The parties therefore wish to continue the stay in effect and, pursuant to the Court's

directive in the October 28, 2021 Minute Order, will jointly file a status report with the Court on or before August 19, 2022, to update the Court on the status of the parties' discussions at that time. Prior to filing this report, undersigned counsel for Plaintiffs and Defendants conferred with counsel for Intervenor J.R. Simplot, who indicated that Intervenor takes no position for purposes of this report.

Dated: June 20, 2022

Respectfully submitted,

*/s/ Melissa Hornbein*
MELISSA HORNBEIN (D.C. Bar No. MT0004)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
406.708.3058
hornbein@westernlaw.org

KYLE J. TISDEL (D.C. Bar No. NM006)
Western Environmental Law Center
208 Paseo del Pueblo Sur, Unit 602
Taos, New Mexico 87571
575.613.8050
tisdel@westernlaw.org

*Counsel for Plaintiffs*

WILLIAM J. SNAPE III (D.C. Bar No. 455266)
Center for Biological Diversity
1411 K Street N.W., Suite 1300
Washington, D.C. 20005
202.536.9351
bsnape@biologicaldiversity.org
wsnape@wcl.american.edu

DIANA DASCALU-JOFFE
(CO Bar No. 50444 *admitted pro hac vice*)
Center for Biological Diversity
1536 Wynkoop St., Ste. 421
Denver, CO 80202
720.925.2521
ddascalujoffe@biologicaldiversity.org

*Counsel for Plaintiff Center for Biological Diversity*

SAMANTHA RUSCAVAGE-BARZ (D.C. Bar No. CO0053)
WildEarth Guardians
301 N. Guadalupe Street, Ste. 201
Santa Fe, NM 87501
505.401.4180
sruscavagebarz@wildearthguardians.org

*Counsel for Plaintiff WildEarth Guardians*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Director
Federal Programs Branch

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Tel: (415) 436-6646
Fax: (415) 436-6632
E-mail: m.andrew.zee@usdoj.gov

*Counsel for Defendants*